UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/19

| | |
|---|---|
| JOSHUA SCHLEIFER, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXUS OF MANHATTAN; ZIPWHIP, INC.; BAY RIDGE AUTOMOTIVE MANAGEMENT CORPORATION d/b/a BRAM AUTO GROUP,<br><br>Defendant. | Case No.: 1:17-cv-08789-AJN<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION SEEKING EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY |

Upon consideration of the Plaintiff's Motion Seeking Extension of Time to Complete Expert Discovery, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the remaining deadlines shall be as follows:

    Expert Disclosures – January 16, 2020

    Expert Depositions – February 13, 2020

    Dispositive Motions – March 13, 2020

Dated this 16th of December, 2019

SO ORDERED:

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

~~Honorable Allison Nathan, U.S.D.J.~~