

DEC 2 0 2019

# Zemel Law
## Consumer Protection

DANIEL ZEMEL, ESQ. (NY, NJ)
1373 BROAD STREET, SUITE 203-C
CLIFTON, NEW JERSEY 07013
PHONE: (862) 227-3106
FAX: (973) 282-8603
DZ@ZEMELLAWLLC.COM

December 18, 2018

The Honorable Alison J. Nathan
United States District Court - Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

> The Post-Discovery Status Conference in this matter is hereby ADJOURNED to February 14, 2020 at 1:30 p.m.

RE: **Joshua Schleifer v. Lexus of Manhattan**
Case No.: 1:17-cv-08789-AJN

Dear Judge Nathan:

I represent Plaintiff, Joshua Schleifer, with regard to the above-referenced matter. This letter motion is filed pursuant to Your Honor's Individual Rules.

There is currently a post-discovery status conference scheduled for Friday, January 10, 2020, at 3:30 p.m. Given the recent motion granted by Magistrate Judge Lehrburger, moving the deadline to complete expert depositions to February 13, 2020, I would respectfully request the Court adjourn the post discovery status conference approximately 30 days. Alternatively, I would request that the conference on January 10 be moved to a time prior to 2:00pm as I am Jewish and require additional travel time to ensure I am able to get home prior to sundown on Friday.

The Defendants in this matter have been contacted and have indicated their consent to this request.

SO ORDERED: 12/20/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Very truly yours,

*Daniel Zemel*

Daniel Zemel, Esq.

Cc: All counsel of record via ECF