UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA SCHLEIFER, Individually, and on behalf of all others similarly situated,

        Plaintiff,

-against-

LEXUS OF MANHATTAN, ZIPWHIP, INC., BAY RIDGE AUTOMOTIVE MANAGEMENT CORPORATION,

        Defendants.

1:17-cv-8789

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of Stipulations of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by Plaintiff, dismissing the action with prejudice as to Defendant Zipwhip, Inc. [ECF 119] and Defendants Lexus of Manhattan and Bram Auto Group, LLC [ECF 123]. The dismissal of Defendants Zipwhip, Inc., Lexus of Manhattan, and Bram Auto Group, LLC is hereby GRANTED. However, the Plaintiff has not stipulated to the dismissal of Bay Ridge Automotive Management Corporation, which was named as a defendant in Plaintiff's Second Amended Complaint [ECF 101] and filed its Answer on October 16, 2019 [ECF 105]. Therefore, this case remains open. Plaintiff and Defendant Bay Ridge Automotive Management Corporation are instructed to appear for the previously scheduled Status Conference on March 25, 2020 at 10:00AM [ECF 120].

**SO ORDERED.**

**Date: March 5, 2020**
       **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**